IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00350-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON PRICE,

    Defendant.

---

### JOINT STATUS REPORT

---

    Defendant Jason Price, by and through his attorney, John M. Richilano, and the United States of America, by and through Assistant United States Attorney Gregory H. Rhodes, and pursuant to this Court's order of February 2, 2006, submit this Joint Status Report.

    The parties have utilized the period granted by the Court to make substantial progress toward a disposition. Defendant represents that the prospects of settlement are sufficiently likely that he hereby withdraws his opposition to the government's <u>James</u> proffer, which will obviate the need for the government's response scheduled to be filed May 5, 2006, or the half-day hearing scheduled for June 7, 2006. It is expected that the specifics of the anticipated disposition will be finalized within the next thirty (30) days. Accordingly, the parties request that a status conference be scheduled on or after May 5, 2006.

Respectfully submitted this 7th day of April, 2006.

| s/Gregory H. Rhodes | s/John M. Richilano |
|---|---|
| GREGORY H. RHODES | JOHN M. RICHILANO |
| Assistant United States Attorney | Richilano & Gilligan, P.C. |
| United States Attorney's Office | 633 17th Street, Suite 1700 |
| 1225 17th Street, Suite 700 | Denver, CO 80202 |
| Denver, Colorado  80202 | (303) 893-8000 |
| (303) 454-0100 | (303) 893-8055 facsimile |
| (303) 454-0400, facsimile | |
| greg.rhodes@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

jmr@rglawoffice.net

> s/ Cathy Palma
> CATHY PALMA
> Legal Assistant to Gregory H. Rhodes
> 1225 17th Street, Suite 700
> Denver, Colorado 80202
> (303) 454-0100
> (303) 454-0401, facsimile
> Cathy.Palma@usdoj.gov

and

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants via U.S. mail, postage prepaid:

> Jason Price
> 283 Columbine Street
> PMB 171
> Denver, CO 80206

> /s/ Donna M. Brummett