**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel**

Criminal Case No. 01-cr-00350-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON M. PRICE,

    Defendant.

---

**GOVERNMENT'S  MOTION TO DISMISS**

---

Now comes the United States by and through Troy A. Eid, United States Attorney and Gregory H. Rhodes, Assistant United States Attorney, and moves the Court to dismiss, as to defendant JASON M. PRICE, all remaining counts of the above-captioned Indictment and Superseding Indictment for the reasons set forth in the defendant's Plea Agreement.

    Respectfully submitted,

    TROY A. EID
    United States Attorney

    By:   *s/ Gregory H. Rhodes*
          GREGORY H. RHODES
          Assistant U.S. Attorney
          1225 17th Street # 700
          Denver, Colorado 80202
          Phone: (303) 454-0100
          Fax: (303) 454-0401
          E-Mail: greg.rhodes@usdoj.gov
          Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 13th day of December, 2007, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**John M. Richilano**

jmr@rglawoffice.net,jduran@rglawoffice.net,dbrummett@rglawoffice.net

and I hereby certify that I have mailed or served the document or paper to the following non- CM/ECF participants in the manner indicated:

None

*s/ Diana Brown*
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail:  Diana.Brown@usdoj.gov